SEALED BY ORDER OF COURT

CR 19 00159 EJD

NC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA

vs.

DANIEL REYES RUIZ

FILED

APR 04 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### INDICTMENT

COUNT ONE: (18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(ii) – Computer Intrusion)

COUNT TWO: (18 U.S.C. §§ 2511(1)(a) and (4)(a) – Interception of Wire or Electronic Communications)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* __4__ *day of* __April__ *A.D. 201*__9__

_____
*United States Magistrate Judge*

Bail. $ __Summons with return date of April 10, 2019__

SEALED BY ORDER OF COURT

DAVID L. ANDERSON (CABN 149604)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. **CR 19 00159** EJD NC |
| Plaintiff, | VIOLATIONS: Title 18, United States Code, Sections 1030(a)(2)(C) and (c)(2)(B)(ii) – Computer Intrusion to Obtain Private Information; Title 18 United States Code, Sections 2511(1)(a) and (4)(a) – Interception of Wire or Electronic Communications |
| v. | |
| DANIEL REYES RUIZ, | |
| Defendant. | **[UNDER SEAL]** |

# INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(ii) – Computer Intrusion)

Beginning on or about May 18, 2018 and continuing to approximately June 20, 2018, within the Northern District of California, and elsewhere, the defendant,

DANIEL REYES RUIZ,

intentionally accessed a protected computer used in interstate and foreign commerce without authorization and exceeding authorized access, and thereby obtained information from a protected computer, and the offense was committed in furtherance of a criminal and tortious act in violation of the laws of the United States and the State of California, that is, defendant used the internet to access at least 18 separate email accounts without the knowledge or consent of the owner and thereby obtained

INDICTMENT

personal information, including private photographs and videos, which defendant downloaded and kept for his own purposes, in violation of 18 U.S.C. §§ 1030(a)(2) and (c)(2)(B)(ii).

COUNT TWO: (18 U.S.C. §§ 2511(1)(a) and (4)(a) – Interception of Wire or Electronic Communications)

On or about June 20, 2018, within the Northern District of California, and elsewhere, the defendant,

DANIEL REYES RUIZ,

intentionally intercepted and endeavored to intercept, wire and electronic communications; that is, the defendant intercepted and endeavored to intercept electronic mail messages on approximately 37 separate Yahoo/Oath email accounts, without the knowledge or consent of the users of those accounts, all in violation of 18 U.S.C. §§ 2511(1)(a) and (4)(a).

DATED: 4/4/19

A TRUE BILL.

_____
FOREPERSON
San Jose

DAVID L. ANDERSON
United States Attorney

_____
HALLIE HOFFMAN
Chief, Criminal Division

(Approved as to form: _____ )
AMIE D. ROONEY
Assistant United States Attorney

INDICTMENT                                    2

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF COURT**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

---- OFFENSE CHARGED ----

Count One: 18 U.S.C. §§ 1030(a)(2) and (c)(2)(B)(ii) B – Computer Intrusion to Obtain Information

Count Two: 18 U.S.C. §§ 2511(1)(a) and (4)(a) -- Interception of Wire or Electronic Communications

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Five years imprisonment, $250,000 fine, three years supervised release, and $100 special assessment.

CR 19

---- DEFENDANT - U.S ----

▶ DANIEL REYES RUIZ

DISTRICT COURT NUMBER
**00159** EJD

FILED
APR 04 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
FBI Noelle Gotthardt

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AMIE D. ROONEY

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: April 12, 2019, 1:30 p.m.   Before Judge: Virginia K. DeMarchi

Comments: