UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** June 10, 2019 | **Time:** 1:53-1:54 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 1 Min. | |
| **Case No.:** 19-cr-00159-EJD-1 | **Case Name:** UNITED STATES v. Daniel Reyes Ruiz(P)(NC) | |

**Attorney for Plaintiff:** Daniel Kaleba

**Attorney for Defendant:** Mary Ann Bird

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

## PROCEEDINGS – STATUS CONFERENCE

Defendant is present and out of custody. Hearing held.
Counsel informed the Court they have met and conferred, and Government has provided discovery.
Counsel requested the matter be continued to allow for additional time to review discovery.
Court granted the request.
Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time from 6/10/2019 through and including 8/19/2019. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: August 19, 2019 1:30 P.M. for Further Status Conference/Possible Change of Plea.**

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel
Begins – 6/10/2019
Ends – 8/19/2019

C/NC: Custody, Not in Custody
I: Interpreter

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: