**Confirmation Code:**

**SNOEPE**



**Travelers**

**Name:** Reyes Ruiz
**E-Ticket:** 0272132725711
**MP#:** Alaska 133333572
**Seats:** SJC-GDL     --
            GDL-SJC     --


**Name:** Alicia Guerrero Perez
**E-Ticket:** 0272132725712
**MP#:** Not available
**Seats:** SJC-GDL     --
            GDL-SJC     --


| Flight | Departs | Arrives |
|---|---|---|
| **Alaska 226** | **San Jose, CA (SJC)** | **Guadalajara (GDL)** |
| **Main (V) \| Nonstop** | Fri, Jul 19 | Fri, Jul 19 |
| **Distance: 1,612 mi \| Duration: 3h 50m** | 12:40 pm | 6:30 pm |
| **Alaska 235** | **Guadalajara (GDL)** | **San Jose, CA (SJC)** |
| **Main (M) \| Nonstop** | Mon, Aug 5 | Mon, Aug 5 |
| **Distance: 1,612 mi \| Duration: 3h 40m** | 3:20 pm | 5:00 pm |

**Flight Total for 2 passengers: $1,255.90**

**The VISA ending with *******3498 has been charged a total of USD $1,255.90.**

| Total per passenger | $627.95 |
|---|---|
| **Fare** | **$490.00** |
| Base fare | $490.00 |
| **Taxes and fees** | **$137.95** |
| Mexico airport dept. tax | $44.69 |
| Mexico tourism tax | $29.23 |
| US APHIS user fee | $3.96 |
| US Customs user fee | $5.77 |
| US Immigration user fee | $7.00 |
| US int'l arrival tax | $18.60 |
| US int'l departure tax | $18.60 |
| US psgr. facility charge | $4.50 |
| US Sept. 11 security fee | $5.60 |

**Each ticket and any booking or change fees will be a separate charge on your credit card statement.**

**For additional assistance with your reservation, call us at 1-800-252-7522 for assistance.**