Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CASB 154402
Mary Ann F. Bird, CASB 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone   209.478.9950
Facsimile    209.478.9954
Attorneys for Defendant REYES DANIEL RUIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REYES DANIEL RUIZ,<br><br>    Defendant. | Case No.: CR 19-00159 EJD<br><br>REQUEST TO VACATE PROCEEDINGS |

Defendant, by and through his counsel, Mary Ann F. Bird, hereby requests that the currently scheduled hearing on the motion on July 18, 2019 at 3:00 p.m. in this Courtroom to modify travel conditions be vacated. Defendant withdraws his motion to modify his release conditions.

Respectfully submitted,

Dated: July 16, 2019          ___/s/ Mary Ann F. Bird_____
                              MARY ANN F. BIRD
                              Attorney for Defendant

BIRD & VAN DYKE, INC.
MOTION TO VACATE PROCEEDINGS - FEDERAL
PAGE: 1