Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.478.9950
Facsimile      209.478.9954
Attorneys for Defendant REYES DANIEL RUIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No.: 5:19 CR 00159 EJD |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE AND RESET FOR CHANGE OF PLEA AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| REYES DANIEL RUIZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Daniel Kaleba, and Defendant, by and through his counsels of record, hereby stipulate as follows:

1. The parties are set to appear on August 19, 2019 at 1:30 p.m. for status. By this stipulation, Defendant now moves to vacate the status conference and reset the matter for change of plea to be heard on September 30, 2019. Defendant also moves to exclude time from August 19, 2019 to September 30, 2019.

2. Defendant's counsels need the additional time for preparation based on the amount of discovery. Counsels for the defendant believe that failure to grant the above requested

continuance would deny counsels the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the Government does not object to the continuance.

3. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendant in a trial within the original dates prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq, within which trial must commence, the time period of August 19, 2019 to September 30, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Therefore, by this stipulation, defense respectfully requests that this Court vacate the status conference and reset the matter for change of plea hearing to September 30, 2019 at 1:30 p.pm.

IT IS SO STIPULATED.　　　　　　　　　　Respectfully submitted,

Dated: July 29, 2019　　　　　　　　　　　DAVID L. ANDERSON
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　___/s/ Daniel Kaleba_____
　　　　　　　　　　　　　　　　　　　　DANIEL KALEBA
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

BIRD & VAN DYKE, INC.
STIPULATION AND PROPOSED ORDER
PAGE: 2

1  Dated: July 29, 2019                    ___/s/ Mary Ann F. Bird_____
                                           MARY ANN F. BIRD
                                           Attorney for REYES DANIEL RUIZ

## [PROPOSED] FINDINGS AND ORDERS

IT IS SO ORDERED.

DATE: _____                _____

                                           HONORABLE EDWARD J. DAVILA

                                           UNITED STATES DISTRICT JUDGE