Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.478.9950
Facsimile      209.478.9954
Attorneys for Defendant Reyes Daniel Ruiz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYES DANIEL RUIZ,<br><br>Defendant. | Case No.: 5:19-CR-00159-EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and the Defendant, by and through his counsels of record, hereby stipulate as follows:

1. On September 30, 2019, Defendant pled guilty to Count 1 of the Indictment and the matter was referred to the Probation Office for preparation of a pretrial investigation report. The matter is presently set for judgment and sentencing on April 6, 2020.

2. Defense notified the Government of her conflicting trial schedule and of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors before the imposition of sentence. Having

considered defense counsel's request, the Government has no opposition to the requested date. Similarly, Probation Officer Kyle Pollak of US Probation also has no opposition to this request.

3. Therefore, by this stipulation, defense respectfully requests that this Court continue the judgment and sentencing hearing until June 29, 2020 at 1:30 PM.

4. Defense also kindly requests that all dates pertinent to the preparation of the Presentence Investigation Report be adjusted accordingly to reflect the new sentencing date of June 29, 2020.

5. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED.                Respectfully submitted,

Dated: March 19, 2020               DAVID . ANDERSON
                                    United States Attorney

                                    ___/s/ Daniel Kaleba_____
                                    DANIEL KALEBA
                                    Assistant United States Attorney


Dated: March 19, 2020               ___/s/ Mary Ann F. Bird_____
                                    MARY ANN F. BIRD
                                    Attorney for Reyes Daniel Ruiz

**[PROPOSED] FINDINGS AND ORDERS**

The Court hereby continues the judgment and sentencing hearing to June 29, 2020 at 1:30 PM. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of June 29, 2020.

IT IS SO ORDERED.

DATE:  3/19/2020

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE