1  DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DANIEL KALEBA (CABN 223789)
Assistant United States Attorney

5
        150 Almaden Boulevard, Suite 900
6        San Jose, California 95113
        Telephone: (408) 535-5061
7        FAX: (408) 535-5066
        daniel.kaleba@usdoj.gov

8
Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,            )  NO. CR 19-00159 EJD
                                         )
14        Plaintiff,                     )  NOTICE OF DISMISSAL AND
                                         )  [PROPOSED] ORDER
15     v.                                )
                                         )
16  REYES DANIEL RUIZ,                   )
                                         )
17        Defendant.                     )
                                         )
18  _____    )

19        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a) and the plea

20  agreement entered into between the parties, the United States Attorney for the Northern District of

21  California dismisses the Count Two of the Indictment in the above captioned matter.

22  DATED: June 30, 2020                      Respectfully submitted,

23                                            DAVID L. ANDERSON
                                              United States Attorney

24

25                                            /s/_____
                                              DANIEL KALEBA
26                                            Assistant United States Attorney

27

28

NOTICE OF DISMISSAL
No. CR 19-00159 EJD

1    Good cause appearing, Count Two of the Indictment in the above captioned matter is

2    DISMISSED.

3

4

5    Date:  6/30/2020

                                           HON. EDWARD J. DAVILA
6                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
No. CR 19-00159 EJD